1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MIRIAM GONZALEZ PEREZ,           )    NO. CV 11-01782-MAN
                                     )
12              Plaintiff,           )
                                     )    JUDGMENT
13        v.                         )
                                     )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
                Defendant.           )
16  _____)
17
18       Pursuant to the Court's Memorandum Opinion and Order,
19
20       IT IS ADJUDGED that the decision of the Commissioner of the Social
21  Security Administration is affirmed and the above-captioned action is
22  dismissed with prejudice.
23
24  DATED:  May 25, 2012
25                                          _Margaret a. Nagle_____
                                            MARGARET A. NAGLE
26                                      UNITED STATES MAGISTRATE JUDGE
27
28